

**THOMAS G. BRUTON**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

January 29, 2014

Birch Bayh Federal Building and
United States Courthouse
46 East Ohio Street, Room 105
Indianapolis, IN 46204

RE: Wakley et al v. Frontera Produce, LTD et al
Case No: 13cv5597

Dear Clerk:

Pursuant to the order entered by Judge Ronald A. Guzman, on 1/15/14, the above record

- ■ was electronically transmitted to United States District Court for the Southern District of Indiana, Indianapolis Division

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                    Sincerely yours,
                                    **Thomas G. Bruton, Clerk**


                                By: /s/ Melissa Rivera
                                      Deputy Clerk

Enclosures

New Case No. _____       Date _____

cc:      Non-ECF Attorneys and Pro se Parties